IN THE DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 3:08-0042 |
| | ) |
| vs. | ) |
| | ) |
| TOLLY A. KENNON, III | ) |

**ORDER TO DISMISS INDICTMENT**

This matter comes before the Court on Motion of the government to dismiss the indictment with prejudice in the above captioned case.

For good cause having been shown, the Court grants the motion to dismiss indictment number 3:08-0042 with prejudice.

IT IS SO ORDERED.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

December 3, 2012